1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, FERNANDO FIGUEROA

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )   CASE NO. 1:12-CR-00077-DLB
                                  )
10        Plaintiff,               )
                                  )   **STIPULATION AND**
11     v.                          )   **ORDER TO CONTINUE**
                                  )   **STATUS CONFERENCE**
12  FERNANDO FIGUEROA,             )
                                  )
13        Defendant.               )
   _____)
14
        The parties hereto, by and through their respective attorneys, stipulate and
15
   agree that the status conference currently scheduled for July 23, 2012, be
16
   continued to August 27, 2012 at 1:00 p.m.
17
        This continuance is necessitated by the fact that laboratory analysis of
18
   possible controlled substances discovered in Mr. Figueroa's apartment are awaiting
19
   analysis. Said analysis will result in laboratory reports which must be analyzed by
20
   the parties.
21
        The parties also agree that any delay resulting from this continuance shall
22
   be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
23
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
24

25
   DATED: July 18, 2012              /s/ Kimberly Sanchez____ __         __
26                                   KIMBERLY SANCHEZ
                                     Assistant United States Attorney
27                                   **This was agreed to by Ms. Sanchez
                                     via email on July 17, 2012**
28

                                    1

1
2   DATED: July 18, 2012            /s/ Roger K. Litman
3                                   ROGER K. LITMAN
                                    Attorney for Defendant
                                    FERNANDO FIGUEROA
4
5       IT IS SO ORDERED.

6       Dated:   **July 18, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28