1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, FERNANDO FIGUEROA

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )    CASE NO.  1:12-CR-00077-AWI
                                        )
10      Plaintiff,                      )
                                        )    **STIPULATION AND**
11      v.                              )    **ORDER TO CONTINUE**
                                        )    **STATUS HEARING**
12  FERNANDO FIGUEROA,                  )
                                        )
13      Defendant.                      )
   _____     )

14
             The parties hereto, by and through their respective attorneys, stipulate and
15
   agree that the status hearing calendared for January 14, 2013 be continued to
16
   January 28, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.
17
             This continuance is requested, as further negotiations are necessary,
18
   including evaluation of the plea proposed memorandum tendered by the
19
   government to the defense, and to afford sufficient time for transportation of Mr.
20
   Figueroa on January 16, 2013, from Lerdo to meet with defense counsel.
21
             The parties also agree that any delay resulting from this continuance shall
22
   be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
23
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
24

25  DATED:  January 7, 2013              /s/ Kimberly Sanchez___ __       __ _____
                                         KIMBERLY SANCHEZ
26                                       Assistant United States Attorney
                                         **This was agreed to by Ms. Sanchez**
27                                       **via email on January 7, 2013**

28

                                        1

DATED: January 7, 2013

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
FERNANDO FIGUEROA

IT IS SO ORDERED.

Dated:   January 8, 2013

_____
UNITED STATES DISTRICT JUDGE

2