1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California 93721
   Telephone: (559) 237-6000
4
   Attorney for Defendant, FERNANDO FIGUEROA
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )    CASE NO.  1:12-CR-00077-AWI
10                                   )
         Plaintiff,                  )
11                                   )    **STIPULATION AND**
         v.                          )    **ORDER TO CONTINUE**
12                                   )    **CHANGE OF PLEA HEARING**
   FERNANDO FIGUEROA,                )
13                                   )
         Defendant.                  )
14 _____ )

15        The parties hereto, by and through their respective attorneys, stipulate and

16 agree that the change of plea hearing calendared for April 15, 2013 be continued

17 to May 13, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

18        In the course of the most recent negotiations, an issue has arisen as to

19 whether two felony vehicle code convictions suffered by Mr. Figueroa constitute

20 violent felonies for the purposes of 18 U.S.C. § 924(e).  The additional time is

21 anticipated by the parties to be sufficient to permit the parties to obtain additional

22 documentation and conduct legal research concerning whether the convictions

23 constitute violent felonies for purposes of punishment enhancement under the

24 Armed Career Criminal Act.

25        The parties also agree that any delay resulting from this continuance shall

26 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

27 3161(h)(8)(A) and 3161(h)(8)(B)(I).

28

                                      1

1    DATED:  April 2, 2013        /s/ Kimberly Sanchez_     __       __
                                           KIMBERLY SANCHEZ

2                                            Assistant United States Attorney
**This was agreed to by Ms. Sanchez**

3                                            **via email on April 2, 2013**

4

5    DATED: April 2, 2013          /s/ Roger K. Litman        __
                                           ROGER K. LITMAN

6                                            Attorney for Defendant
FERNANDO FIGUEROA

7

8    IT IS SO ORDERED.

9    Dated:    April 2, 2013

10                                           SENIOR  DISTRICT  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28