ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:     (559) 237-6000
Facsimile:      (559) 233-6044

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:12-cr-00077 AWI |
| ) | |
|      Plaintiff, ) | |
| ) | STIPULATION AND |
|   v. ) | ORDER TO |
| ) | ADVANCE MATTER ON |
| FERNANDO FIGUEROA, ) | CALENDAR FOR SENTENCING |
| ) | |
|      Defendant ) | |

The parties hereto, having resolved the above action, stipulate and agree that the matter be

placed on calendar for entry of a guilty plea and sentencing on April 21, 2014 at 10:00 a.m.

before the Honorable Anthony W. Ishii.

The matter was previously investigated and reported by the probation officer.  It is

anticipated that a supplemental report will be filed on April 17, 2014.  The defendant will be

prepared to proceed with sentencing on April 21, 2014.

DATED:  April 16, 2014               /s / Kimberly Sanchez
                               KIMBERLY SANCHEZ
                               Assistant United States Attorney
                               This was agreed to by Ms. Sanchez via
                               Email on April 9, 2014

DATED:  April 16, 2014             /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               FERNANDO FIGUEROA

IT IS SO ORDERED.

Dated:   April 16, 2014                                    
                           SENIOR  DISTRICT  JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28