```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
```

**UNITED STATES OF AMERICA** )
)
      v. )
)   Case No. 1:12CR00077-001
**FERNANDO FIGUEROA,** )
        **Defendant.** )

```
               ORDER TO REDUCE TERM
            OF IMPRISONMENT TO TIME SERVED
```

    **BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Fernando Figueroa, to time served, and commencement of a three-year term of supervised release previously imposed.  The court finds:

    1.  On April 14, 2014, Mr. Figueroa pleaded guilty to violating 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine.  On April 21, 2014, he was sentenced by the Honorable Anthony W. Ishii, U.S. District Judge for the Eastern District of California, to a term of 151 months imprisonment, followed by a three-year term of supervised release.

    2.  Mr. Figueroa has been diagnosed with a high grade metastatic neuroendocrine tumor, with metastasis to his pituitary, lung and left tonsil, as well as asthma, depression, diabetes, and postoperative panhypopituitarism.  His life expectancy is less than three months.

    3.  Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

    **IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the three-year term of supervised release previously imposed.

**DONE AND ORDERED THIS 21st DAY OF JANUARY 2016.**

IT IS SO ORDERED.

Dated:   January 21, 2016                                               

SENIOR DISTRICT JUDGE