PROB 35A DEATH (ED/CA)

**Re:     Fernando Figueroa**
         **Docket No:    1:12CR00077-001 AWI**
         **Report and Order Terminating Supervised Release**
         **Prior To Original Expiration Date - Notice of Death**

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No:   1:12CR00077-001 AWI |
| | ) | |
| Fernando Figueroa | ) | |
| | ) | |

On April 21, 2014, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on January 29, 2016.

On April 2, 2018, this office was notified by Loretta Andrews, Fresno County Coroner's Office, that Fernando Figueroa was confirmed dead by Valentine T. Ifeacho, M.D., on December 23, 2016 (copy of the notification is on file).   It is accordingly recommended this case be closed.

1

Rev. 12/2017
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).DOTX

PROB 35A DEATH (ED/CA)

**Re:** **Fernando Figueroa**
　　　**Docket No:** **1:12CR00077-001 AWI**
　　　**Report and Order Terminating Supervised Release**
　　　<u>**Prior To Original Expiration Date - Notice of Death**</u>

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Adrian Garcia
　　　　　　　　　　　　　United States Probation Officer

Dated:　June 28, 2018
　　　　Fresno, California
　　　　AG/dp

　　　　　　　　　　*Tim D. Mechem*
**REVIEWED BY:**　**Tim D. Mechem**
　　　　　　　　　**Supervising United States Probation Officer**

---

# ORDER OF COURT

It appearing that Fernando Figueroa is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:　July 3, 2018　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE